UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATIONAL AUTOMOTIVE INSURANCE
COMPANY

CIVIL ACTION

VERSUS

NUMBER 13-826-BAJ-SCR

TANGA MCKNIGHT, ET AL

**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. §636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, February 28, 2014.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATIONAL AUTOMOTIVE INSURANCE COMPANY

CIVIL ACTION

VERSUS

NUMBER 13-826-BAJ-SCR

TANGA MCKNIGHT, ET AL

### MAGISTRATE JUDGE'S REPORT

Before the court is a Motion to Remand filed by the United States of America.  Record document number 5.  The motion is not opposed.

The United States of America ("USA") removed this case under 28 U.S.C. § 1444 because it is an interpleader action involving property on which the United States of America, through the Center for Medicare and Medicaid Services ("CMS"), claimed to have a lien pursuant to 28 U.S.C. § 2410(a).

The USA moved to remand the case to the state court because it has determined that in fact the case cannot be removed on this basis because the USA actually has no lien to assert, as fully explained in its motion.

No useful purpose would be served by reiterating herein the statutory basis for, and case law supporting, the USA's Motion to Remand.  It is sufficient to state that the underlying facts and the applicable law do not give the USA the right to remove the case.  The Motion to Remand should be granted.

**RECOMMENDATION**

It is the recommendation of the magistrate judge that the Motion to Remand filed by the United States of America be granted.

Baton Rouge, Louisiana, February 28, 2014.

```
                              /s/ Stephen C. Riedlinger
                              STEPHEN C. RIEDLINGER
                              UNITED STATES MAGISTRATE JUDGE
```