UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATIONAL AUTOMOTIVE                           CIVIL ACTION
INSURANCE COMPANY

VERSUS

TANGA MCKNIGHT, ET AL.                   NO.: 3:13-cv-00826-BAJ-SCR

### RULING AND ORDER

Before the Court is a Motion to Remand filed by the United States of America ("Government"). (Doc. 5). The Magistrate Judge has issued a **REPORT (Doc. 6)** recommending the Government's Motion be granted, (*id.* at p. 3). There is no objection to the Magistrate Judge's Report.

Having independently considered the Government's Motion to Remand and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 6)**, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that the Government's **MOTION TO REMAND (Doc. 5)** is **GRANTED** for the reasons explained in the Magistrate Judge's Report (Doc. 6).

**IT IS FURTHER ORDERED** that the Government's **MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL (Doc. 4)** is **DENIED AS MOOT.**

19th JDC

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana.

Baton Rouge, Louisiana, this 16th day of April, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**